■ C. KAY SNYDER, as Administrator of the Estate of NORMA B. ROGERS, Deceased, Respondent, v RODERICK N. STAMPP et al., Appellants. [759 NYS2d 413] —Appeal from a judgment of Supreme Court, Steuben County (Furfure, J.), entered September 19, 2001, which settled the property line between the real property of the parties after a nonjury trial.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for

reasons stated in decision at Supreme Court, Steuben County, Furfure, J. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Lawton and Hayes, JJ.